1

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12   ANTONIO T. LOZANO,        )  Case No. CV 09-1847 JSL (MRW)

13            Petitioner,    )

14         vs.          )  ORDER ACCEPTING FINDINGS AND
                        )  RECOMMENDATIONS OF

15   KEN CLARK, Warden,      )  UNITED STATES MAGISTRATE
                        )  JUDGE

16            Respondent.  )
  _____ )

17

18       Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on

19 file, and the Report and Recommendation of the United States Magistrate Judge.

20 Further, the Court has engaged in a de novo review of those portions of the Report

21 to which Petitioner has objected.  The Court accepts the findings and

22 recommendation of the Magistrate Judge.

23       IT IS ORDERED that Judgment be entered denying the Petition and

24 dismissing this action with prejudice.

25

26 DATE: 1/3/12

27                         _____

28                        HON. J. SPENCER LETTS
                       UNITED STATES DISTRICT JUDGE