# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO T. LOZANO, | Case No. CV 09-1847 JSL (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: 1/3/12

*Spencer Letts*

HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE